1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9    David Bailey,                    )      No.  CV 11-0975-PHX-DKD
                                       )
10                Plaintiff,           )
                                       )
11   vs.                               )      **ORDER**
                                       )
12   Bank of America,                  )
                                       )
13                Defendant.           )
     _____  )

14

15        Pending before the Court is Plaintiff's Motion to Dismiss (Doc. 15).  Defendant does not

16   oppose Plaintiff's motion (Doc. 16).  Accordingly,

17        **IT IS HEREBY ORDERED** granting Plaintiff's Motion to Dismiss (Doc. 15).

18        **IT IS FURTHER ORDERED** vacating the Rule 16 Case Management Conference

19   currently scheduled for March 29, 2012.

20        DATED this 28th day of March, 2012.

21

22

23   _____
                          David K. Duncan
24                        United States Magistrate Judge

25

26

27

28